## (October 10, 1961)

Jean Hirsch, Appellant, v. Approved Properties, Inc., Respondent.

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of the Probate of the Will of Ilija Krimer, Deceased. Maria Bricker et al., Appellants; William D. Krimer et al., Respondents. In the Matter of Maria Bricker, as Committee for Anna Krimer, an Incompetent Person, Appellant. William Krimer, Respondent.—

Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

## (October 11, 1961)

Blanche L. Seifert, as Executrix of Joseph Seifert, Deceased, and Carl Carlson, Appellants, v. Harold J. McLaughlin, Respondent.

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of Irving M. Gernick, Respondent, v. Joseph G. Lease, Appellant.— Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

## (October 16, 1961)

In the Matter of the Appointment of J. Robert Bleakley, Esq., as a Member of the Character Committee, Ninth Judicial District.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld, Christ, Pette and Brennan, JJ., concur.

The People of the State of New York, Respondent, v. James Bassknight, Appellant.— Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.